■ In the Matter of JAZIEL M., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; NICOLE R., Appellant. (Appeal No. 2.) [942 NYS2d 828]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered March 1, 2011 in a proceeding pursuant to Family Court Act article 10. The order adjudged that respondent had neglected the subject child and placed respondent under the supervision of petitioner.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in Matter of Romeo M. (94 AD3d 1464 [2012]). Present—Scudder, P.J., Centra, Lindley, Sconiers and Martoche, JJ.